Form 3-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**          **FORM 3**

**Kumar Industries and Cepham Inc.**

                                      **Plaintiff,**

     **v.**

**UNITED STATES,**

                                      **Defendant.**

**S U M M O N S**
**Court No. 26-03242**

**TO:**    The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



**/s/ Gina Justice**
Clerk of the Court

1.    Kumar Industries and Cepham Inc., are interested parties under 19 U.S.C.

(Name and standing of plaintiff)

2.    Plaintiff contests the final results of countervailing duty administrative review issued by the International Trade

Administration of the U.S. Department of Commerce, ("Commerce") in the administrative review for the period

January 1, 2023 to December 31, 2023 under the countervailing duty order Glycine from India (C-533-884).

(Brief description of contested determination)

3.    Commerce's Final Results of Administrative Review were published in the Federal Register on June 16, 2026.

(Date of determination)

4.    91 Fed. Reg. 36110 (June 16, 2026)

(If applicable, date of publication in Federal Register of notice of contested determination)

Name, Firm, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

*/s/ Lizbeth R. Levinson*

Signature of Plaintiff's Attorney

July 14, 2026

                    Date

Lizbeth R. Levinson, Esq.
Fox Rothschild LLP
2020 K Street, NW, Suite 500
Washington, DC 20006
Phone: 202-794-1182
Email: llevinson@foxrothschild.com

**SEE REVERSE SIDE**

Form 3-2

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018; Oct. 1, 2025, eff. Oct. 1, 2025; Oct. 23, 2025, eff. Dec. 1, 2025.)